UNITED STATES DISTRICT COURT
OFFICE OF THE PROBATION OFFICER
EASTERN DISTRICT OF TENNESSEE

TONY V. ANDERSON
CHIEF PROBATION OFFICER
800 MARKET STREET, SUITE 311
KNOXVILLE, TN 37902
COMM: (865) 545-4001
FAX: (865) 545-4003

U.S. PROBATION OFFICE
900 GEORGIA AVENUE, ROOM 442
CHATTANOOGA, TN 37402
COMM: (423) 752-5193
FAX: (423) 752-5274

U.S. PROBATION OFFICE
220 WEST DEPOT STREET, SUITE 338
GREENEVILLE, TN 37743
COMM: (423) 638-8121
FAX: (423) 638-7437

# MEMORANDUM

**TO:** The Honorable J. Ronnie Greer
United States District Judge

**FROM:** Amber D. Wilson
United States Probation Officer

**RE:** TAYLOR Jr., Dallas C.
DOCKET NO.: 2:12-CR-10-001
<u>REQUEST FOR TRAVEL OUTSIDE THE UNITED STATES</u>

**DATE:** March 16, 2018

---

Dallas C. Taylor, Jr. appeared for sentencing before Your Honor on July 2, 2012 for the offense of Manufacture of 50 Grams or More of Methamphetamine. He received a term of imprisonment of 70 months, followed by five (5) years of supervised release. On November 1, 2015, he received a sentence reduction pursuant to 18 U.S.C. § 3582 (c)(2), which resulted in a sentence of 57 months imprisonment. He began his term of supervised release on November 9, 2015. On August 30, 2016, Mr. Taylor's supervision was transferred to the Middle District of Louisiana for him to reside with his girlfriend, Melissa Hickerson. According to Officer Deon Johnson in the Middle District of Louisiana, the offender has been in compliance with his conditions since arriving in their district. Additionally, he had no compliance issues while on supervision in the Eastern District of Tennessee prior to his transfer.

Mr. Taylor is requesting permission to take a cruise to Nassau, Bahamas with Ms. Dickerson to get married. If approved, they will set sail out of Miami, Florida on April 10, 2018, and will return back to Miami, Florida, on April 14, 2018.

The request is being submitted for Your Honor's consideration.

Respectfully submitted

Amber D. Wilson
2018.03.16
08:51:54 -04'00'

Amber D. Wilson
United States Probation Officer

__✓__   I **Approve** of This Travel

_____   I **Do Not Approve** of This Travel

_____
The Honorable J. Ronnie Greer
United States District Judge


_____3/20/2018_____
Date

ADW